# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-26-00018　　　　　　　　　　DATE: February 21, 2026

HON. Arthur R. Barcinas, Designated Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Hearing Times: 4:21 - 4:32

**APPEARANCES:**
Defendant: Bingkun Feng　　　　　　　　Attorney: Leilani Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent:
U.S. Probation: Aysha Roberto
Interpreter: Chung Harrell　　　　　　Language: Mandarin

**PROCEEDINGS: Initial Appearance on a Complaint**
- Government moved to unseal the matter no objection. Granted.
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives reading of Complaint.
- Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Not guilty to the charges.
- Trial Scheduling Order executed.
- Jury Trial is set for April 30, 2026 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service
- I, Walter Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: