**This document is SEALED until further order of the court.
Do not allow it to be seen by unauthorized persons.**

# UNITED STATES DISTRICT COURT
for the
District of Guam

United States of America
v.
BINGKUN FENG,

Defendant

Case No. 26-mj-00018

RECEIVED FEB 20 2026
UNITED STATES MARSHALS SERVICE
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
FEB 23 2026
JEANNE G. QUINATA
CLERK OF COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Bingkun Feng,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1382; Entering Military Property; count 1, and

18 U.S.C. § 795; Photographing a Defense Installation.

Date: 02/20/2026

_____
Issuing officer's signature

City and state: Hagatna, Guam

ARTHUR R. BARCINAS, Designated Judge
Printed name and title

### Return

This warrant was received on (date) 20 FEB 26, and the person was arrested on (date) 21 FEB 26
at (city and state) TUMON, GUAM.

Date: 21 FEB 26

_____
Arresting officer's signature

MICHAEL LEE SPECIAL AGENT
Printed name and title

**ORIGINAL**